# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| THEODORE MARTINEZ | ) Case No: JFM-94-0326 |
| | ) USM No: 33077-037 |
| Date of Previous Judgment: November 18, 2003 | ) Stanley Needleman |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  x GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __170__ months **is reduced to** __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __38__                   Amended Offense Level: __36__
Criminal History Category: __II__                 Criminal History Category: __II__
Previous Guideline Range: __188__ to __235__ months   Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
x  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2008 FEB 28 P 3:36
CLERK'S OFFICE AT BALTIMORE
BY _____ DEPUTY

Except as provided above, all provisions of the judgment dated __11/18/03__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __February 28, 2008__                 _/s/_ Judge's signature

Effective Date: __March 10, 2008__                J. Frederick Motz, United States District Judge
(if different from order date)                     Printed name and title